IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MONIQUE McDONALD,** | § § | |
| *Plaintiff*, | § § | Case No. 3:25-cv-00094 |
| v. | § § | Judge Eli J. Richardson |
| | § | Magistrate Judge Barbara D. Holmes |
| **BROOKDALE SENIOR LIVING, INC.** *et al.*, | § § § | |
| *Defendants.* | § § § | |

## DEFENDANTS' MOTION TO STAY DISCOVERY PENDING A RULING ON DEFENDANTS' MOTION TO DISMISS

Defendants hereby move to stay of discovery in this matter pending a ruling on Defendants' Motion to Dismiss. Good cause exists for granting this temporary stay of discovery as the theories of liability asserted in the Complaint – which relate to the use of forfeited employer contributions – have never been recognized by this Court or the Court of Appeals for the Sixth Circuit. Moreover, discovery would not assist in the resolution of the Motion to Dismiss and the interests of judicial efficiency would be served by a temporary stay of discovery. In support of this Motion, Defendants rely on their contemporaneously filed Memorandum of Law in Support of Defendants' Motion to Stay.

Respectfully submitted, this 31st day of March, 2025.

                                                             **HOLLAND & KNIGHT LLP**

                                                             */s/ Flynne M. Dowdy*
                                                             Flynne M. Dowdy (TN BPR #035926)
                                                             511 Union Street, Suite 2700
                                                             Nashville, TN 37219
                                                             Phone: (615) 244-6380
                                                             E-Mail: flynne.dowdy@hklaw.com

Todd D. Wozniak (*pro hac* pending)
Regions Plaza, Suite 1800
1180 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Phone: (404) 817-8500
Fax: (404) 881-0470
E-Mail: todd.wozniak@hklaw.com

Lindsey R. Camp (*pro hac* pending)
Florida Bar No. 84138
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida 33401
Phone: (404) 817-8439
Fax: (561) 650-8399
Email: lindsey.camp@hklaw.com

*Counsel for Defendants*

## CERTIFICATE OF CONFERENCE

In accordance with Local Rule 7.01(a), undersigned counsel states that Defendants' counsel conferred with counsel for Plaintiff regarding the relief requested and counsel for Plaintiff indicated that Plaintiff opposes this Motion.

This 31st day of March, 2025.

                                                       */s/ Flynne M. Dowdy*
                                                        Flynne M. Dowdy

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing Motion has been served via the Court's CM/ECF email notification system on:

| | |
|---|---|
| J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com | James E. Miller<br>Laurie Rubinow<br>**MILLER SHAH LLP**<br>65 Main Street<br>Chester, CT 06412<br>jemiller@millershah.com<br>lrubinow@millershah.com |

Alec J. Berin
**MILLER SHAH LLP**
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
ajberin@millershah.com

on this 31st day of March, 2025.

*/s/ Flynne M. Dowdy*
Flynne M. Dowdy