IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| MONIQUE MCDONALD ) | |
| ) | Case No. 3:25-cv-00094 |
| v. ) | Judge Richardson |
| ) | Magistrate Judge Holmes |
| BROOKDALE SENIOR LIVING, INC. *et al.* ) | |

### O R D E R

Pending before the Court is Plaintiff Monique McDonald's motion for leave to file amended complaint (Docket No. 42), which is represented to be unopposed and is therefore **GRANTED**. The Clerk is **DIRECTED** to separately file Plaintiff's amended complaint, which is presently found at Docket No. 42-1. Once filed, the amended complaint is the legally operative complaint, *Parry v. Mohawk Motors of Mich., Inc.*, 236 F.3d 299, 306 (6th Cir. 2000), which renders moot Defendants' pending motion to dismiss (Docket No. 17). The Clerk is therefore **DIRECTED** to terminate that motion (Docket No. 17) without prejudice to refiling as to the amended complaint as appropriate.

Defendants must answer or otherwise respond to the first amended complaint as directed by Fed. R. Civ. P. 15(a)(3).

It is SO ORDERED.

BARBARA D. HOLMES
United States Magistrate Judge