IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **MONIQUE McDONALD,** | § § | |
| *Plaintiff,* | § § | Case No. 3:25-cv-00094 |
| v. | § § § | Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| **BROOKDALE SENIOR LIVING, INC.** *et al.*, | § § § | |
| *Defendants.* | § § | |

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants move this Court to enter an order dismissing Plaintiff's Amended Complaint for failure to state a plausible claim for which relief can be granted. In support of their Motion, Defendants rely on their contemporaneously filed Memorandum of Law.

Respectfully submitted, this 18th day of August, 2025, by

**HOLLAND & KNIGHT LLP**

*/s/ Flynne M. Dowdy*
Flynne M. Dowdy (TN BPR #035926)
511 Union Street, Suite 2700
Nashville, TN 37219
Phone: (615) 244-6380
E-Mail: flynne.dowdy@hklaw.com

Todd D. Wozniak (admitted *pro hac vice*)
Regions Plaza, Suite 1800
1180 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Phone: (404) 817-8500
Fax: (404) 881-0470
E-Mail: todd.wozniak@hklaw.com

Lindsey R. Camp (admitted *pro hac vice*)
Florida Bar No. 84138
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida 33401
Phone: (404) 817-8439
Fax: (561) 650-8399
Email: lindsey.camp@hklaw.com

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Motion to Dismiss has been served via the Court's CM/ECF email notification system on:

| | |
|---|---|
| J. Gerard Stranch, IV<br>Michael C. Iadevaia<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>gstranch@stranchlaw.com<br>miadevaia@stranchlaw.com | James E. Miller<br>Laurie Rubinow<br>**MILLER SHAH LLP**<br>65 Main Street<br>Chester, CT 06412<br>jemiller@millershah.com<br>lrubinow@millershah.com |
| Alec J. Berin<br>**MILLER SHAH LLP**<br>1845 Walnut Street, Suite 806<br>Philadelphia, PA 19103<br>ajberin@millershah.com | |

on this 18th day of August, 2025.

*/s/ Flynne M. Dowdy*
Flynne M. Dowdy