# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| MONIQUE McDONALD, individually and as a representative of a class of similarly situated persons, on behalf of the BROOKDALE SENIOR LIVING, INC. 401(K) RETIREMENT SAVINGS PLAN,<br><br>Plaintiff,<br><br>v.<br><br>BROOKDALE SENIOR LIVING INC.,<br><br>Defendant. | Case No. 3:25-cv-00094<br><br><br>Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |

## JOINT REPORT OF MEDIATION

Pursuant to the First Modified Case Management Order (ECF No. 51), Plaintiff and Defendant respectfully advise the Court that they conducted a mediation with the Honorable Mark W. Bennett (Ret.) on April 22, 2026 and reached an impasse.

The parties will provide a further update should they make material progress toward settlement. In addition, the parties are prepared to provide any further information the Court may require at this time.

Respectfully submitted,

/s/ James E. Miller
James E. Miller
Laurie Rubinow
MILLER SHAH LLP
65 Main Street
Chester, CT 06412
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: jemiller@millershah.com
    lrubinow@millershah.com

Dated: April 24, 2026

/s/ Lindsey R. Camp
Lindsey R. Camp (pro hac vice)
777 South Flagler Drive, Suite 1900
West Palm Beach, Florida 33401
Phone: (404) 817-8439
Email: lindsey.camp@hklaw.com

Flynne M. Dowdy (TN BPR #035926)
511 Union Street, Suite 2700
Nashville, TN 37219

Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: ajberin@millershah.com

Anna K. D'Agostino
MILLER SHAH LLP
225 Broadway, Suite 1830
New York, NY 10007
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: akdagostino@millershah.com

J. Gerard Stranch, IV (BRP 23045)
STRANCH, JENNINGS & GARVEY, PLLC
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
Email: gstranch@stranchlaw.com

*Attorneys for Plaintiff, the Plan,
and the Proposed Class*

Phone: (615) 244-6380
E-Mail: flynne.dowdy@hklaw.com
Todd D. Wozniak (pro hac vice)
Regions Plaza, Suite 1800
1180 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Phone: (404) 817-8500
E-Mail: todd.wozniak@hklaw.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 24, 2026, a true and copy of the foregoing was served upon

all parties and/or attorneys of record via the Court's CM/ECF system.

/s/ Alec J. Berin
Alec J. Berin

2